# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD M. RUMINSKI & DONNA J. RUMINSKI          Case Number: 05-72609
535 W. PARKVIEW TERRACE       SSN-xxx-xx-5482 & xxx-xx-0464
ALGONQUIN, IL  60102

|  |  |
|---|---|
| Case filed on: | 5/20/2005 |
| Plan Confirmed on: | 7/22/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $133,200.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 47,547.28 | 0.00 |
| 005 | US BANK NA | 0.00 | 0.00 | 30,750.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 78,297.28 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 042 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD M. RUMINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANK OF AMERICA NA | 10,604.00 | 10,604.00 | 10,604.00 | 782.79 |
| 003 | COUNTRYWIDE HOME LOANS | 1,487.63 | 1,487.63 | 1,487.63 | 0.00 |
| 004 | HARRIS BANK NA | 3,536.00 | 3,536.00 | 3,536.00 | 431.81 |
| 006 | US BANK NA | 749.96 | 749.96 | 749.96 | 0.00 |
|  | Total Secured | 16,377.59 | 16,377.59 | 16,377.59 | 1,214.60 |
| 001 | BANK OF AMERICA NA | 60.66 | 60.66 | 11.03 | 0.00 |
| 004 | HARRIS BANK NA | 0.46 | 0.46 | 0.08 | 0.00 |
| 007 | BECKET & LEE, LLP | 21,720.03 | 21,720.03 | 3,940.64 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 3,761.47 | 3,761.47 | 682.43 | 0.00 |
| 009 | BANK OF AMERICA | 10,935.97 | 10,935.97 | 1,984.10 | 0.00 |
| 010 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BANK ONE USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SMC | 198.57 | 198.57 | 36.03 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 7,250.75 | 7,250.75 | 1,315.49 | 0.00 |
| 019 | ROUNDUP FUNDING LLC | 2,049.57 | 2,049.57 | 371.85 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 7,650.27 | 7,650.27 | 1,387.98 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 7,250.75 | 0.00 | 0.00 | 0.00 |
| 022 | CHASE BANK USA NA | 8,310.38 | 8,310.38 | 1,507.74 | 0.00 |
| 023 | RESURGENT CAPITAL SERVICES | 5,889.41 | 5,889.41 | 1,068.51 | 0.00 |
| 024 | DISCOVER FINANCIAL SERVICES | 7,599.15 | 7,599.15 | 1,378.70 | 0.00 |
| 025 | PORTFOLIO RECOVERY ASSOCIATES | 3,118.06 | 3,118.06 | 565.70 | 0.00 |
| 026 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | KOHLS | 1,027.21 | 1,027.21 | 186.36 | 0.00 |
| 028 | MARSHALL FIELD | 1,095.10 | 1,095.10 | 198.68 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 1,118.90 | 1,118.90 | 203.00 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 13,659.79 | 13,659.79 | 2,478.27 | 0.00 |
| 031 | ECAST SETTLEMENT CORPORATION | 5,815.57 | 5,815.57 | 1,055.11 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 16,041.19 | 16,041.19 | 2,910.33 | 0.00 |
| 033 | ECAST SETTLEMENT CORPORATION | 6,091.57 | 6,091.57 | 1,105.19 | 0.00 |
| 034 | ECAST SETTLEMENT CORPORATION | 6,226.43 | 6,226.43 | 1,129.65 | 0.00 |
| 035 | ECAST SETTLEMENT CORPORATION | 6,282.91 | 6,282.91 | 1,139.90 | 0.00 |
| 036 | PORTFOLIO RECOVERY ASSOCIATES | 4,345.46 | 4,345.46 | 788.39 | 0.00 |
| 037 | RESURGENT CAPITAL SERVICES | 148.60 | 148.60 | 26.96 | 0.00 |
| 038 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | PORTFOLIO RECOVERY ASSOCIATES | 5,288.93 | 5,288.93 | 959.56 | 0.00 |
| 040 | PORTFOLIO RECOVERY ASSOCIATES | 823.41 | 823.41 | 149.39 | 0.00 |
| 041 | WELLS FARGO FINANCIAL | 778.56 | 778.56 | 141.25 | 0.00 |
| 043 | ROUNDUP FUNDING LLC | 977.59 | 977.59 | 177.36 | 0.00 |
|  | Total Unsecured | 155,516.72 | 148,265.97 | 26,899.68 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | Grand Total: | 173,894.31 | 166,643.56 | 123,574.55 | 1,214.60 |

Total Paid Claimant:        $124,789.15
Trustee Allowance:          $8,410.85
Percent Paid Unsecured:         18.14

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>12/30/2008</u>　　　　　By <u>/s/Heather M. Fagan</u>